IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AURELIO MARTINEZ RODRIGUEZ,<br><br>　　　　　　　Defendant. | 4:17CR3036<br><br>ORDER |

This matter comes before the court on defense counsel's motion to withdraw. (Filing No. 29). Counsel states the defendant has terminated her services. New counsel has not entered an appearance on Defendant's behalf, and there is nothing of record indicating whether Defendant has hired new counsel, is requesting appointed counsel, or intends to appear pro se.

If Defendant is requesting appointed counsel, the court is not currently in a position to do so. The court does not have a financial affidavit of record for Defendant, and based on the information available to the court at this time, does not know whether Defendant lacks sufficient assets to afford counsel.

IT IS THEREFORE ORDERED:

1)   If Defendant is requesting appointed counsel, he shall complete a CJA23 financial affidavit, a copy of which is attached, and send it by mail, email (zwart@ned.uscourts.gov), or facsimile ((402) 437-1675), to the chambers of the undersigned magistrate judge. Upon receipt of Defendant's financial affidavit, the court will consider the motion for appointed counsel.

2)   If Defendant is not requesting appointed counsel, his current counsel, Ms. Mora James, shall promptly contact my courtroom deputy to set the hearing on counsel's motion to withdraw.

3) Ms. Mora James remains counsel for Defendant pending further order of the court.

August 18, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

| | | |
|---|---|---|
| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE | |

**IN THE UNITED STATES** ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify below)*

IN THE CASE OF _____ v. _____

FOR _____
AT _____

LOCATION NUMBER _____

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge _____
District Court _____
Court of Appeals _____

CHARGE/OFFENSE *(describe if applicable & check box →)*  ☐ Felony  ☐ Misdemeanor

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☐ No  ☐ Self-Employed
Name and address of employer: _____
**IF YES,** how much do you earn per month? $ _____
**IF NO,** give month and year of last employment? _____  How much did you earn per month? $ _____
If married, is your spouse employed?  ☐ Yes  ☐ No
**IF YES,** how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No
**IF YES,** give the amount received and identify the sources
RECEIVED  $ _____ $ _____ $ _____
SOURCES _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No  **IF YES,** total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No
**IF YES,** give value and description for each
VALUE $ _____ $ _____ $ _____ $ _____
DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☐ Single
☐ Married
☐ Widowed
☐ Separated or Divorced
Total No. of Dependents _____
List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____  _____
SIGNATURE OF DEFENDANT  Date
*(OR PERSON REPRESENTED)*