IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3036 |
| vs. | |
| AURELIO MARTINEZ RODRIGUEZ, | ORDER |
| Defendant. | |

After a review of Defendant's Financial Affidavit, and upon oral examination of the above-named defendant, the court finds that Defendant is currently eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska, and Defendant wants to keep his previously retained counsel, S. A. Mora James.

Accordingly,

IT IS ORDERED:

1) Counsel's motion to withdraw, (Filing No. 29), is denied.

2) To avoid interruption and delay, and to provide continuity in Defendant's representation, the court hereby appoints S. A. Mora James as counsel for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1).

3) The Clerk of the court shall mail a copy of this memorandum and order to the Federal Public Defender, who shall provide appropriate CJA voucher information to S. A. Mora James.

August 29, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge