IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3036 |
| vs. | |
| AURELIO MARTINEZ RODRIGUEZ, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 58). On December 29, 2017, the Court entered a preliminary order of forfeiture (filing 54) pursuant to 18 U.S.C. §§ 981 and 982; 21 U.S.C. § 853; and 28 U.S.C. 2461, based upon the defendant's plea of guilty to violating 21 U.S.C. §§ 841(a)(1) and (b)(1) and 18 U.S.C. § 1956(h), and his admission of the forfeiture allegation contained in the information. Filing 41 at 4. By way of the preliminary order of forfeiture, the defendant's interest in $11.584.72 and $25,000.00 in United States currency was forfeited to the United States.

As directed by the preliminary order, a Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 30, 2017, as required by Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication (filing 57) was filed on March 1, 2018. The Court has been advised by the plaintiff that no petitions have been filed, and after reviewing the record, the Court finds that no petitions have been filed. Accordingly,

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture ([filing 58](filing 58)) is granted.

2. All right, title, and interest in $11,584.72 and $25,000.00 in United States Currency, held by any person or entity, is hereby forever barred and foreclosed.

3. The property described above is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property described above in accordance with law.

Dated this 12th day of March, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge